IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUWA DZEESHAUGH EVANS-SALTER, ) by Commonwealth Imposed Name Joshua ) Evans, ) ) Petitioner, ) ) ) vs. ) ) ) ) WARDEN OF SCI MAHANOY, DISTRICT ) ATTORNEY OF ALLEGHENY COUNTY, ) and THE ATTORNEY GENERAL OF THE ) STATE OF PENNSYLVANIA, ) ) Respondents. ) | Civil Action No. 20-639  Judge Robert J. Colville Chief Magistrate Judge  Cynthia Reed Eddy |

## **O R D E R**

AND NOW, this 25th day of January, 2022, after the Petitioner Joshuwa Dzeeshaugh Evans-Salter, by Commonwealth Imposed Name Joshua Evans, a state prisoner appearing pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which he challenges the validity of his conviction that was obtained at Case No. CP-02-CR-0008840-2007 in the Court of Common Pleas of Allegheny County (ECF No. 4), and after a Report and Recommendation was filed by the United States Chief Magistrate Judge granting the petitioner until January 3, 2022 to file written objections thereto, and after a full consideration of the objections filed by petitioner (ECF No. 18), and upon independent *de novo* review of the record, Fed. R. Civ. P. 72 (a), (b)(3), 28 U.S.C. Section 636 (b)(1), and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 17), which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the petition for a writ of habeas corpus is summarily DISMISSED on the grounds this Court lacks jurisdiction over this second or successive petition, petitioner not having received authorization from the United States Court of Appeals for the Third Circuit to file a second or successive petition.

IT IS FURTHER ORDERED that the certificate of appealability is hereby DENIED.

/s/ *Robert J. Colville*
United States District Judge

cc/ecf: Chief Magistrate Judge Cynthia Reed Eddy

(via First-Class U.S. Mail):

JOSHUA EVANS
JC-1215
SCI Mahanoy
301 Morea Road
Frackville, PA 17932